## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE K. SHAFFER formerly known as MARIE K. BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, LINCOLN FINANCIAL GROUP, and the UNIONTOWN HOSPITAL LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. 2:20-cv-01667-AJS |

## **ORDER**

AND NOW, this  8th  day of  February , 2021, upon consideration of The Lincoln National Life Insurance Company's ("Lincoln") Motion to Extend Time to Answer or Otherwise Respond to Uniontown Hospital Long Term Disability Plan's Cross-Claim, it is hereby ORDERED that said Motion is granted. The deadline for Lincoln to plead or otherwise respond to the Complaint is extended to February 22, 2021.

Dated:

BY THE COURT,

s/Arthur J. Schwab
Honorable Arthur J. Schwab
United States District Judge

1